**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SEARS AUTHORIZED HOMETOWN STORES, LLC, et al,,<br><br>Debtors. | Chapter 7<br><br>Case No. 22-11303-BLS<br>(Jointly Administered) |
| SEARS AUTHORIZED HOMETOWN STORES, LLC<br>Plaintiff,<br>vs.<br><br>TRANSFORM KM LLC, et al.,<br><br>Defendants. | Adv. Proc. No. 22-50510-BLS |

**MEDIATOR'S STATUS REPORT**

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator ("Mediator") reports that this matter is not ripe for mediation according to the parties.

Dated: January 18, 2024

Gellert Scali Busenkell & Brown, LLC

*/s/ Michael Busenkell*
Michael Busenkell (DE 3933)
1201 N. Orange Street, 3rd Floor
Wilmington, DE 19801
Phone: 302-425-5812
Fax: 302-425-5814
mbusenkell@gsbblaw.com